**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL BENJAMIN**                                                                                  **PETITIONER**

**VS.**                                         **5:16-cv-00253 BRW**

**WENDY KELLEY, Director of the**                                                          **RESPONDENT**
**Arkansas Department of Correction**

**JUDGMENT**

Based on the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of January, 2017.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE